**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ALASKA, STATE OF CALIFORNIA STATE OF COLORADO, STATE OF STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, and DISTRICT OF COLUMBIA, *ex rel.* OMNI HEALTHCARE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>OPKO HEALTH, INC. and BIOREFERENCE LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 19-1670-CFC |

**~~[PROPOSED]~~ ORDER**

**WHEREAS**, this Court having dismissed Counts I through XXX of the Complaint by Orders dated February 24, 2025 (Dkt. 36), and April 2, 2025 (Dkt. 40); and

**WHEREAS**, the Plaintiff States, with consent of the Relator, Omni Healthcare, Inc., having stipulated to the dismissal of "the remaining Counts of the Complaint pursuant to the respective Medicaid fraud statutes of the Plaintiff States as follows: (1) dismissing without prejudice the claims alleged in the Complaint on behalf of the States of California, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Maryland, New Hampshire, New Jersey, Oklahoma, Rhode Island, Tennessee, and Texas, and the Commonwealths of Massachusetts and Virginia, against defendants OPKO Health, Inc. and Bioreference Laboratories, Inc.; and (2) dismissing without prejudice the claims alleged in the Complaint on behalf of the States of Alaska, Delaware, Hawaii, Michigan, Minnesota, Montana, Nevada, New Mexico, New York, North Carolina, Wisconsin, and the District of Columbia" (the "Stipulation of Dismissal") on April 2, 2025; and

**WHEREAS,** counsel for the Plaintiff States having represented to this Court that Count XXXI of the Complaint, relating to a claim brought on behalf of the State of California, was inadvertently omitted from Footnote 2 to the Stipulation of Dismissal; and

**WHEREAS,** Counsel has moved this Court to clarify the record as to Count XXXI in accordance with the text of the Stipulation of Dismissal; it is hereby

**ORDERED** that Count XXXI of the Complaint is **DISMISSED** with prejudice.

IT IS SO ORDERED, this 27th day of April, 2026.

Colm F. Connolly

CHIEF UNITED STATES DISTRICT JUDGE